IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-11077
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL RAY SINQUEFIELD,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:00-CR-213-1-E
--------------------
June 18, 2002

Before HIGGINBOTHAM, DAVIS, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Michael Ray Sinquefield appeals his conviction following his guilty plea to possession of methamphetamine with intent to distribute. He argues that the district court erred when it ruled that he lacked standing to bring his motion to suppress evidence. Sinquefield fails to demonstrate that he had an individual subjective and legitimate expectation of privacy in the mobile home. Minnesota v. Carter, 525 U.S. 83, 90 (1998); United States v. Vega, 221 F.3d 789, 795 (5th Cir. 2000), cert. denied, 531 U.S. 1155 (2001).

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.